■ 2641 CONCOURSE Co., Appellant, v CITY UNIVERSITY OF NEW YORK et al., Respondents.—Judgment, Court of Claims (Gerard Weisberg, J.), entered on or about December 14, 1987, unanimously affirmed for reasons stated by Gerard Weisberg, J., without costs and without disbursements. Concur—Murphy, P. J., Carro, Milonas and Ellerin, JJ. *[See,* 135 Misc 2d 464.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON APONTE, Also Known as RAYMON APONTE, Also Known as B. RAMON APONTE, Appellant.—Judgment, Supreme Court New York County (George Covington J.), rendered on January 9, 1987, unanimously affirmed.

Application by, appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Carro, Milonas and Ellerin, JJ. [147 AD2d 393.]

■ MARGARET A. BOISSELLE-MAGILL, Respondent, v DONALD MAGILL, III, Appellant.—Order Supreme Court, New York County (Jacqueline Silbermann, J.), entered on or about November 23, 1987, unanimously affirmed, with leave to renew after discovery, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Carro, Milonas and Ellerin, JJ.